ARTIS CHARLES HARRELL
Pro se - TDC# 1334295
W.G. McConnell Unit
3001 S. Emily Dr.
Beeville, Texas 78102

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

OCT 23 2015

CHRISTOPHER A. PRINE

CLERK _____

October 21, 2015


Court of Appeals
First District
301 Fannin Street
Houston, Texas 77002


RE: Court of Appeals Number: 01-15-00865-CV
    Trial Court Case Number: 2014-68877

Style: Artis Charles Harrell v. S.P. Dairy Ashford d.b.a.
       Salon Park & Brinson Management Corporation


Dear Clerk of Court:

I received this Court's Notice of "General Information" on October 19, 2015.

I'm **requesting** that this Court Clerk send me the **docketing statement** in order that I may timely file it with the Court.

Please mail me two docketing statement forms at the above listed address.

Thank you for your immediate assistance.


Sincerely,

Artis C. Harrell

Artis Charles Harrell


cc:file
   ACH

Artis Charles Harrell
TDC# 1334295
W.G. McConnell Unit
3001 S. Emily Dr.
Beeville, Texas 78102

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
21 OCT 2015 PM 2 L



Court of Appeals
First District
301 Fannin Street
Houston, Texas 77002

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

OCT 23 2015

CHRISTOPHER A. PRINE
CLERK

7700220669B

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION